IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01918-BNB

PORCAYO JARAMILLO,

Plaintiff,

v.

G. THOMAS KRAUS, MD - Clinical Director,
PERCIVAL URBANO, FMG-MLP,
H. TSUDA, MD,
J. FARMER, EMT,
UNITED STATES, and
UNITED STATES BUREAU OF PRISONS,

Defendants.



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 21 2008

GREGORY C. LANGHAM
CLERK

_____

ORDER OF DISMISSAL

_____

Plaintiff, Porcayo Jaramillo, is a prisoner in the custody of the United States

Bureau of Prisons who currently is incarcerated at the Federal Correctional Institution in

Littleton, Colorado. He initiated this action by submitting *pro se* a Prisoner's Motion

and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a complaint. The

Court reviewed the documents and determined they were deficient. Therefore, in an

order filed on September 8, 2008, Magistrate Judge Boyd N. Boland directed the clerk

of the Court to commence a civil action and directed Mr. Jaramillo to cure certain

deficiencies in the case within thirty days if he wished to pursue his claims.

The September 8, 2008, order pointed out that Mr. Jaramillo failed to submit his

Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on

the proper form. The September 8 order also pointed out that the complaint was not

submitted on the proper, Court-approved, Prisoner Complaint form. The order warned Mr. Jaramillo that if he failed to cure the designated deficiencies within thirty days, the action would be dismissed without prejudice and without further notice. On October 2, 2008, Mr. Jaramillo submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the proper, Court-approved form. However, he also submitted what appears to be a combination Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Prisoner Complaint using the cover page for a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Therefore, Mr. Jaramillo has failed within the time allowed to cure all the deficiencies listed in the September 8 order. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to cure. It is

FURTHER ORDERED that leave to proceed pursuant to 28 U.S.C. § 1915 is denied as moot.

DATED at Denver, Colorado, this 20 day of _____Oct._____, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01918-BNB

Porcayo Jaramillo
Reg. No. 58825-180
FCI - Pekin
PO Box 5000
Pekin, IL 61555-5000

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/21/08

                                              GREGORY C. LANGHAM, CLERK

By: _____
                                Deputy Clerk