IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01918-ZLW

PORCAYO JARAMILLO,

    Plaintiff,

v.

G. THOMAS KRAUS, MD - Clinical Director,
PERCIVAL URBANO, FMG-MLP,
H. TSUDA, MD,
J. FARMER, EMT,
UNITED STATES, and
UNITED STATES BUREAU OF PRISONS,

    Defendants.

## ORDER DENYING MOTION TO RECONSIDER

    Plaintiff, Porcayo Jaramillo, filed **pro se** on March 2, 2009, a motion titled "Plaintiff's Motion for Relief From Judgment Under FRCP 60(b)(1)" asking the Court to reconsider and vacate the Order of Dismissal and the Judgment filed in this action on October 21, 2008. The Court must construe the motion for reconsideration liberally because Mr. Jaramillo is proceeding **pro se**. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the motion to reconsider will be denied.

    A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." **Van Skiver v. United States**, 952 F.2d 1241, 1243

(10th Cir. 1991). A motion to reconsider filed more than ten days after the final judgment in an action should be considered pursuant to Rule 60(b). *See id.* at 1243. Mr. Jaramillo's motion to reconsider, which was filed more than ten days after the Order of Dismissal and the Judgment, will be considered pursuant to Fed. R. Civ. P. 60(b). Relief under Rule 60(b) is appropriate only in extraordinary circumstances. *See Massengale v. Oklahoma Bd. of Examiners in Optometry*, 30 F.3d 1325, 1330 (10th Cir. 1994).

The Court dismissed this action without prejudice for Mr. Jaramillo's failure, within the time allowed, to cure the designated deficiencies. The October 21, 2008, dismissal order discusses in detail the reasons for the dismissal. Upon consideration of the motion to reconsider and the entire file, the Court finds that Mr. Jaramillo fails to demonstrate the existence of any extraordinary circumstances that would justify a decision to reconsider and vacate the order dismissing this action. Therefore, the motion to reconsider will be denied. Accordingly, it is

ORDERED that the motion titled "Plaintiff's Motion for Relief From Judgment Under FRCP 60(b)(1)" that Plaintiff, Porcayo Jaramillo, filed *pro se* on March 2, 2009, and which the Court has construed liberally as a Fed. R. Civ. P. 60(b) motion, is denied.

DATED at Denver, Colorado, this 4th day of March, 2009.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court